UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

Plaintiff,

v.

Y H Laundromat Inc.,

Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-05129-ARR-MMH

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn Pierre and Defendant Y H Laundromat Inc. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
December 5, 2024

**THE MARKS LAW FIRM, P.C.**

By: ____________________
Darren R. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Telephone: (646) 960-7820
Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**HANG & ASSOCIATES PLLC**

By: Ge Qu
Ge Qu, Esq.
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718)353-8588
Email: rqu@hanglaw.com
*Attorneys for* Y H Laundromat

/s/(ARR)

ALLYNE R. ROSS U.S.D.J. 12/26/24